UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>Linda Buckbee Selleck,</u>
      Plaintiff(s),

  v.

<u>Keith Rode and</u>
<u>CliftonLarsonAllen LLP,</u>
      Defendant(s).
_____/

CASE NO. CV-13-3055 JST

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐  Non-binding Arbitration (ADR L.R. 4)
☐  Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐  Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☑  Private ADR (*please identify process and provider*)  Parties will select a private mediator after the completion of discovery and dispositive motions, subject to agreement of all parties on an appropriate fee split.

The parties agree to hold the ADR session by:

☐  the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☑  other requested deadline:  Following discovery and dispositive motions

Dated: September 17, 2013

          WEISBERG & MILLER

          _____/s/_____
          Kenneth J. Sperandio, Jr., of counsel, for Plaintiff

          MOSS & BARNETT

          _____/s/_____
          Thomas J. Shroyer, Counsel for Defendant
Dated:  September 17, 2013   CliftonLarsonAllen, LLP


          _____/s/_____
          Defendant Keith Rode, in pro per
Dated:  September 17, 2013

**[PROPOSED] ORDER**

    XX    The parties' stipulation is adopted and IT IS SO ORDERED.
    ☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:  September 19, 2013

_____
Jon S. Tigar, United States District Court Judge

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."