UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Linda Buckbee Selleck,                                          CASE NO. CV-13-3055 JST
          Plaintiff(s),

    v.                                                                   STIPULATION AND [PROPOSED]
                                                                ORDER SELECTING ADR PROCESS
Keith Rode and
CliftonLarsonAllen LLP,
          Defendant(s).
_____/

       Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☑ Private ADR (*please identify process and provider*)  Parties will select a private mediator after the completion of discovery and dispositive motions, subject to agreement of all parties on an appropriate fee split.

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

- ☑ other requested deadline: Following discovery and dispositive motions

Dated: September 17, 2013
                                        WEISBERG & MILLER

                                        _____/s/_____
                                        Kenneth J. Sperandio, Jr., of counsel, for Plaintiff

                                        MOSS & BARNETT

                                        _____/s/_____
                                        Thomas J. Shroyer, Counsel for Defendant
Dated:  September 17, 2013          CliftonLarsonAllen, LLP

                                        _____/s/_____
                                        Defendant Keith Rode, in pro per

Dated:  September 17, 2013

**[PROPOSED] ORDER**

    XX    The parties' stipulation is adopted and IT IS SO ORDERED.
    ☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: September 19, 2013

_____
Jon S. Tigar, United States District Court Judge

> When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."