UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BUCKBEE SELLECK,<br><br>    Plaintiff,<br><br>    v.<br><br>KEITH EVERTS RODE, et al.,<br><br>    Defendants. | Case No. 13-cv-03055-JST<br><br>**ORDER CONTINUING HEARING**<br><br>Re: ECF No. 20 |

    A hearing on CliftonLarsonAllen's motion to dismiss is scheduled for October 17, 2013. Given that a motion to relate this action to three actions currently pending before District Judge Davila is pending, the hearing on the motion to dismiss is CONTINUED to December 5, 2013.

    **IT IS SO ORDERED.**

Dated: September 23, 2013

_____
JON S. TIGAR
United States District Judge