**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINDA SELLECK, | CASE NO. 5:13-cv-03055 EJD |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| KEITH RODE, et. al., | |
| Defendant(s). | |

In light of the recently-extended stay of this action (see Docket Item No. 43), the Case Management Conference scheduled for March 28, 2014, is VACATED and will be reset by the court when appropriate.

The clerk shall administratively close this file.

**IT IS SO ORDERED.**

Dated: February 14, 2014

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:13-cv-03055 EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE