1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

LINDA BUCKBEE SELLECK,

       Plaintiff,

    v.

KEITH EVERTS RODE, et al.,

       Defendants.

Case No.  5:13-cv-03055-EJD

**ORDER CONTIUNING CASE MANAGEMENT CONFERENCE**

In light of the pending motion to dismiss, the court finds that a scheduling conference is premature at this time.  Accordingly, the Case Management Conference scheduled for November 12, 2015, is CONTINUED to **10:00 a.m. on December 17, 2015.**  The parties shall file a Joint Case Management Conference Statement, or separate statements if appropriate under Civil Local Rule 16-9, on or before **December 10, 2015.**

**IT IS SO ORDERED.**

Dated:  November 9, 2015



EDWARD J. DAVILA
United States District Judge

Case No.: 5:13-cv-03055-EJD
ORDER CONTIUNING CASE MANAGEMENT CONFERENCE