UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINDA BUCKBEE SELLECK,<br><br>  Plaintiff,<br><br>  v.<br><br>KEITH EVERTS RODE, et al.,<br><br>  Defendants. | Case No.  5:13-cv-03055-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Conference Statement (Docket Item No. 59), and in light of the pending motion to dismiss, the court has determined that a scheduling conference is premature at this time.

Accordingly, the Case Management Conference scheduled for December 17, 2015, is CONTINUED to **10:00 a.m. on February 4, 2016.**  The parties shall file an updated Joint Case Management Conference Statement on or before **January 28, 2016.**

**IT IS SO ORDERED.**

Dated:  December 14, 2015

EDWARD J. DAVILA
United States District Judge