UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINDA BUCKBEE SELLECK,<br><br>    Plaintiff,<br><br>    v.<br><br>KEITH EVERTS RODE, et al.,<br><br>    Defendants. | Case No.  5:13-cv-03055-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Conference Statement (Docket Item No. 61) and in light of the pending motion to dismiss, the Case Management Conference scheduled for February 4, 2016, is CONTINUED to **10:00 a.m. on March 3, 2016**.  The parties shall file an updated Joint Case Management Conference Statement on or before **February 25, 2016.**

**IT IS SO ORDERED.**

Dated:  February 1, 2016

EDWARD J. DAVILA
United States District Judge