UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINDA BUCKBEE SELLECK,<br><br>    Plaintiff,<br><br>    v.<br><br>KEITH EVERTS RODE, et al.,<br><br>    Defendants. | Case No.   5:13-cv-03055-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Conference Statement (Dkt. No. 64), the court finds that a scheduling conference is premature at this time. Accordingly, the Case Management Conference scheduled for March 3, 2016, is CONTINUED to **10:00 a.m. on May 5, 2016.** The parties shall file an updated Joint Case Management Conference Statement on or before **April 28, 2016.**

**IT IS SO ORDERED.**

Dated: February 26, 2016

                                        EDWARD J. DAVILA
                                        United States District Judge